IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION


ETRAN, LLC, an Alabama          )
Limited Liability Company,      )
                                )
     Plaintiff,                 )
                                )     CIVIL ACTION NO.
     v.                         )     3:09cv754-MHT
                                )        (WO)
CHETU, INC., a Florida          )
Corporation, 3DEZ ATM-POS       )
SERVICES, INC., a Florida       )
Corporation,                    )
                                )
     Defendants.                )

JUDGMENT

It is the ORDER, JUDGMENT, and DECREE of the court
that the motion to dismiss (Doc. No. 6) is granted and
that this cause is dismissed in its entirety without
prejudice, with costs taxed as prepaid.

The clerk of the court is DIRECTED to enter this
document on the civil docket as a final judgment pursuant
to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 17th day of September, 2009.

                    /s/ Myron H. Thompson
                 UNITED STATES DISTRICT JUDGE