IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| ETRAN, LLC, an Alabama ) | |
| Limited Liability Company, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
|    v. ) | 3:09cv754-MHT |
| ) | (WO) |
| CHETU, INC., a Florida ) | |
| Corporation, 3DEZ ATM-POS ) | |
| SERVICES, INC., a Florida ) | |
| Corporation, ) | |
| ) | |
|    Defendants. ) | |

### AMENDED JUDGMENT

It is the ORDER, JUDGMENT, and DECREE of the court that the amended motion to dismiss (Doc. No. 8) is granted and that this cause is dismissed in its entirety with prejudice, with costs taxed as prepaid.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 1st day of October, 2009.

                            /s/ Myron H. Thompson
                        UNITED STATES DISTRICT JUDGE